**Order entered November 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00713-CR

**BRIAN EVAN WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 066232**

## ORDER

Before the Court is appellant's November 23, 2016 unopposed second motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by **December 16, 2016**.

/s/    LANA MYERS
           JUSTICE